# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**JAMIE D. INGELS**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400440**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 27 August 2014.
**Military Judge:** Col D.J. Daugherty, USMC.
**Convening Authority:** Commanding General, 3d Marine Division
(-)(Rein), Okinawa, Japan.
**Staff Judge Advocate's Recommendation:** Maj K.T. Carlisle,
USMC.
**For Appellant:** CDR G. Glenn Gerding, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**17 March 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority. Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court